# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 131 EM 2014
:
         Respondent         :
:
:
:
        v.             :
:
:
THOMAS F BRENNAN, PETITIONER   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of October, 2014, the Petition for Review is **DENIED**.